FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Jeremy Sharer<br>　　　　　Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(X)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)   (X)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: will appear at all court ordered hearings based on defendant's outstanding warrant; multiple failures to appear and the out of district no bail warrant.

IT IS ORDERED that defendant be detained.

DATED: May 19, 2010

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2